UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 5:21-cv-9062-GW (SK) | Date | December 3, 2021 |
|---|---|---|---|
| Title | Servan Mahmoudi v. Alex Villanueva et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is an inmate at Men's Central Jail seeking to proceed in forma pauperis with a civil rights complaint under 42 U.S.C. § 1983. But Plaintiff has not submitted a trust account statement certified by prison officials as required by 28 U.S.C. § 1915. (*See* ECF 2). Without that certified trust account statement, the Court cannot grant Plaintiff's application to proceed in forma pauperis.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **Monday, January 3, 2022**, why his in forma pauperis application should not be denied for this deficiency. To discharge this order, Plaintiff need only file a certified copy of his trust account statement for the last six months (or else pay the full amount of the required filing fee). Failure to do so or to file any other timely response to this order may lead to involuntary dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**